ORIGINAL

MENDIOLA_J.aacg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 30 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH T. MENDIOLA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 91-00122 <br><br> **ANNUAL ACCOUNTING IN GARNISHMENT** |

To: Cable Services Group
    Attn.: Payroll
    P.O. Box 326141
    Hagatna, Guam 96932

    Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

    Pursuant to the Writ of Continuing Garnishment issued on or about April 28, 2005, $1,300.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

    RESPECTFULLY SUBMITTED this 26th day of May, 2006.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and the NMI

By: _____
     MARIVIC P. DAVID
     Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1993Z00104

DEBTOR: Mendiola, Joseph T.
COLLECTION TYPE: 6B
BALANCE AS OF MAY 16, 2006: $19,168.90

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 20-MAY-2005 | GC/H | 0026436 | 5091 | $ 100.00 |
| 06-JUN-2005 | GC/H | 0026515 | 5110 | 50.00 |
| 22-JUN-2005 | GC/H | 0026620 | 5132 | 50.00 |
| 08-JUL-2005 | GC/H | 0026708 | 5152 | 50.00 |
| 25-JUL-2005 | GC/H | 0026797 | 5176 | 50.00 |
| 08-AUG-2005 | GC/H | 0026892 | 5197 | 50.00 |
| 23-AUG-2005 | GC/H | 0026966 | 5229 | 50.00 |
| 09-SEP-2005 | GC/H | 0027056 | 1156 | 50.00 |
| 26-SEP-2005 | GC/H | 0027140 | 1191 | 50.00 |
| 12-OCT-2005 | GC/H | 0027279 | 1234 | 50.00 |
| 25-OCT-2005 | GC/H | 0027399 | 135 | 50.00 |
| 09-NOV-2005 | GC/H | 0027505 | | 50.00 |
| 22-NOV-2005 | GC/H | 0027579 | 1335 | 50.00 |
| 12-DEC-2005 | GC/H | 0027692 | 1402 | 50.00 |
| 27-DEC-2005 | GC/H | 0027803 | 1448 | 50.00 |
| 10-JAN-2006 | GC/H | 0027898 | 1493 | 50.00 |
| 24-JAN-2006 | GC/H | 0027967 | 1555 | 50.00 |
| 10-FEB-2006 | GC/H | 0028091 | 1668 | 50.00 |
| 22-FEB-2006 | GC/H | 0028160 | 1737 | 50.00 |
| 06-MAR-2006 | GC/H | 0028221 | 1796 | 50.00 |
| 29-MAR-2006 | GC/H | 0028354 | 5674 | 50.00 |
| 06-APR-2006 | GC/H | 0028406 | 5769 | 50.00 |
| 24-APR-2006 | GC/H | 0028466 | 5833 | 50.00 |
| 16-MAY-2006 | GC/H | 0028579 | 1880 | 100.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: **$1,300.00**