PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM
MAR 16 2007
MARY L.M. MORAN
CLERK OF COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

JOSEPH TENORIO MENDIOLA

CRIMINAL CASE NO. 91-00122-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 3, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

RECEIVED
MAR 14 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
 Ladd E. Baumann, Defense Counsel
 File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 15th day of March 2007.

_____
HON. FRANCES M. TYDINGCO-GATEWOOD
Chief U.S. District Court Judge
District of Guam

ORIGINAL