ORIGINAL

MENDIOLA_J.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH T. MENDIOLA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 91-00122 <br><br> **ANNUAL ACCOUNTING IN GARNISHMENT** |

To: Cable Services Group
Attn.: Payroll
P.O. Box 326141
Hagatna, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about April 28, 2005, $700.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this _23rd_ day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1993Z00104

DEBTOR: Mendiola, Joseph T.
COLLECTION TYPE: 6B
BALANCE AS OF JANUARY 8, 2007:    $18,468.90

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 06-JUN-2006 | GC/H | 0028684 | 6015 | $ 50.00 |
| 10-JUL-2006 | GC/H | 0028938 | 6194 | 50.00 |
| 10-JUL-2006 | GC/H | 0028939 | 6195 | 50.00 |
| 10-AUG-2006 | GC/H | 0029426 | 6347 | 50.00 |
| 10-AUG-2006 | GC/H | 0029427 | 6348 | 50.00 |
| 21-AUG-2006 | GC/H | 0029632 | 6412 | 50.00 |
| 07-SEP-2006 | GC/H | 0029853 | 6494 | 50.00 |
| 07-SEP-2006 | GC/H | 0029853 | 6495 | 50.00 |
| 10-OCT-2006 | GC/H | 0030145 |  | 50.00 |
| 09-NOV-2006 | GC/H | 0030387 | 6760 | 50.00 |
| 09-NOV-2006 | GC/H | 0030388 | 6761 | 50.00 |
| 06-DEC-2006 | GC/H | 0030543 | 6871 | 50.00 |
| 08-JAN-2007 | CL/A | 0030744 | 4504250 | 100.00 * |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    $700.00

*payment for NSF garnishment checks.