ORIGINAL

MENDIOLA_J.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 2 5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH T. MENDIOLA,<br><br>    Defendant,<br><br>CABLE SERVICES GROUP,<br><br>    Garnishee. | CRIMINAL CASE NO. 91-00122<br><br>**CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on _April 25, 2007_.

_/s/ Michelle Perez_
MICHELLE PEREZ