ORIGINAL

MENDIOLA_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH T. MENDIOLA, <br><br> Defendant, <br><br> CABLE SERVICES GROUP, <br><br> Garnishee. | CRIMINAL CASE NO. 91-00122 <br><br> **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about April 28, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. The last payment received from the garnishee was on January 8, 2007 and attempts to contact the garnishee have been futile. On or about

//
//
//
//
//

July 2, 2007, our office confirmed with the Department of Revenue and Taxation, Business Licence Branch, that the garnishee has not renewed it's business license. Our office has also confirmed with another business, that defendant is employed with them. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JOSEPH T. MENDIOLA.

DATED this 9th day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney