ORIGINAL

**MENDIOLA_J.gar1**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

JUL 1 2 2007 nba

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 91-00122 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR WRIT** |
| | ) | **OF CONTINUING GARNISHMENT** |
| JOSEPH T. MENDIOLA, | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor JOSEPH T. MENDIOLA, social security number XXX-XX-9989, whose last known mailing address is: P.O. Box XXXXX, Yigo, Guam 96929 (hereinafter "Debtor"), in the above cited action for the sum of $22,033.90 which includes a $50.00 special assessment fee and restitution in the amount of $21,983.90.

There is a balance of $18,468.90, as of July 2, 2007.

//

//

//

1   Demand for payment of the above-stated debt was made upon the debtor not less than 30

2   days from July 2, 2007 and the Debtor has failed to satisfy the debt.

3       The Garnishee is believed to have possession of property (including nonexempt

4   disposable earnings) in which the Debtor has a substantial nonexempt interest.

5       The names and address of the Garnishee or his authorized agent is:

6           Marianas Cable Vision
            Attn: Payroll
7           P.O. Box 24728
            GMF, Guam 96921

8

9       The United States seeks the sum of 25% of the defendant's non-exempt net disposable

10  earnings to be withheld from the defendant's wages, salary or commissions to be applied toward

11  the judgment.

12      DATED this _12 th_ day of _July_, 2007.

13

14                                      LEONARDO M. RAPADAS
                                        United States Attorney
15                                      Districts of Guam and the NMI

16

17                              By:
                                        MARIVIC P. DAVID
18                                      Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28

- 2 -