ORIGINAL

1 | **MENDIOLA_J.facg**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

JUL 12 2007

MARY L.M. MORAN
CLERK OF COURT

7 | Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 91-00122 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON** |
| JOSEPH T. MENDIOLA, | ) | **TERMINATION OF GARNISHMENT** |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Cable Services Group
Attn.: Payroll Department
P.O. Box 326141
Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about April 28, 2005, $2,000.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED this 9th day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
                        PAYMENT HISTORY
                        FOR: 1993Z00104

DEBTOR:  Mendiola, Joseph T.
COLLECTION TYPE: 6B
BALANCE AS OF JANUARY 8, 2007:     $18,468.90

DATE RCVD       FORM    COURT RECEIPT       CHECK NBR       PAYMENT AMOUNT
----------------        ----------      ----------------------    -----------------   --------------------------

20-MAY-2005     GC/H    0026436             5091            $   100.00
06-JUN-2005     GC/H    0026515             5110                 50.00
22-JUN-2005     GC/H    0026620             5132                 50.00
08-JUL-2005     GC/H    0026708             5152                 50.00
25-JUL-2005     GC/H    0026797             5176                 50.00
08-AUG-2005     GC/H    0026892             5197                 50.00
23-AUG-2005     GC/H    0026966             5229                 50.00
09-SEP-2005     GC/H    0027056             1156                 50.00
26-SEP-2005     GC/H    0027140             1191                 50.00
12-OCT-2005     GC/H    0027279             1234                 50.00
25-OCT-2005     GC/H    0027399             135                  50.00
09-NOV-2005     GC/H    0027505                                  50.00
22-NOV-2005     GC/H    0027579             1335                 50.00
12-DEC-2005     GC/H    0027692             1402                 50.00
27-DEC-2005     GC/H    0027803             1448                 50.00
10-JAN-2006     GC/H    0027898             1493                 50.00
24-JAN-2006     GC/H    0027967             1555                 50.00
10-FEB-2006     GC/H    0028091             1668                 50.00
22-FEB-2006     GC/H    0028160             1737                 50.00
06-MAR-2006     GC/H    0028221             1796                 50.00
29-MAR-2006     GC/H    0028354             5674                 50.00
06-APR-2006     GC/H    0028406             5769                 50.00
24-APR-2006     GC/H    0028466             5833                 50.00
16-MAY-2006     GC/H    0028579             1880                100.00
06-JUN-2006     GC/H    0028684             6015                 50.00
10-JUL-2006     GC/H    0028938             6194                 50.00
10-JUL-2006     GC/H    0028939             6195                 50.00
10-AUG-2006     GC/H    0029426             6347                 50.00
10-AUG-2006     GC/H    0029427             6348                 50.00
21-AUG-2006     GC/H    0029632             6412                 50.00
07-SEP-2006     GC/H    0029853             6494                 50.00
07-SEP-2006     GC/H    0029853             6495                 50.00
10-OCT-2006     GC/H    0030145                                  50.00
09-NOV-2006     GC/H    0030387             6760                 50.00
09-NOV-2006     GC/H    0030388             6761                 50.00
06-DEC-2006     GC/H    0030543             6871                 50.00
08-JAN-2007     CL/A    0030744             4504250             100.00 *

                TOTAL DOLLAR AMOUNT OF PAYMENTS:        $2,000.00
```

*payment for NSF garnishment checks.