MENDIOLA_J.gar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH T. MENDIOLA,<br><br>    Defendant.<br><br>MARIANAS CABLE VISION,<br><br>    Garnishee. | CRIMINAL CASE NO. 91-00122<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT** |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor JOSEPH T. MENDIOLA in the above cited action.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 13, 2007