ORIGINAL

MENDIOLA_J.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH TENORIO MENDIOLA,<br><br>Defendant,<br><br>MARIANAS CABLE VISION,<br><br>Garnishee. | CRIMINAL CASE NO. 91-00122<br><br>**CERTIFICATION OF SERVICE<br>OF DOCUMENTS ON GARNISHEE** |

The United States of America, the judgment creditor herein, hereby certifies that filed or electronically filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by certified mail on July 18, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 7/16/07            By: _____
                              MARIVIC P. DAVID
                              Assistant U.S. Attorney