MENDIOLA_J.gar5


**FILED**
DISTRICT COURT OF GUAM

AUG -3 2007

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH T. MENDIOLA,<br><br>　　　　Defendant,<br><br>MARIANAS CABLE VISION,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 91-00122<br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

_____Christan W. Kurz_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

　　That he/she is Garnishee herein doing business in the name of _____

_____.

　　(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

　　That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

//

ORIGINAL

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) __Vice President__ of Garnishee, __Guam Cablevision, LLC dba Marianas Cablevision__ a corporation, organized under the laws of the __Delaware__.

IF GARNISHEE IS A GOVERNMENT ENTITY:

State name and address of agency, and name and official title of authorized representative: _____

_____

_____

_____

1. On __July 30__, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No
___   _x_   Defendant was in my/our employ.

Pay period is weekly ___, bi-weekly ___, semi-monthly ___, monthly ___.

The Defendant's present pay period began on _____.

(Present means the pay period in which this order and notice of garnishment were served)

The Defendant's present pay period ends on _____

Enter amount of net wages. Calculate below:

    (a) Gross Pay    $_____

    (b) Federal income tax    _____

    (c) F.I.C.A. income tax    _____

    (d) State/Local income tax    _____

    Total of tax withholdings    $_____

    Net Wages    $_____ (a less total of b,c,d)

//

//

| | Yes | No | | |
|---|---|---|---|---|
| | ___ | _x_ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | ___ | _x_ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

//
//
//
//
//

| | | 5. | For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information: |

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1._____ | _____ | _____ | _____ |
| 2._____ | _____ | _____ | _____ |
| 3._____ | _____ | _____ | _____ |
| 4._____ | _____ | _____ | _____ |

Yes   No

___  _x_   6.   Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____

_____

_____

_____

Yes   No

___  _x_   7.   Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____

_____

_____

_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

      **x**   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, JOSEPH T. MENDIOLA, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, JOSEPH T. MENDIOLA, at P.O. Box XXXXX, Yigo, Guam 96929 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

MARIANAS CABLE VISION
Garnishee

By: _____
Christan W. Kurz

P.O. Box 24728, GMF, GUAM 96921

671-635-4031
Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this __2__ day of __August__, 2007.

_____
Notary Public

**BONNIE T. RIOS**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Feb. 07, 2010
P.O. Box 3698 Hagatna, Guam 96932

- 5 -