ORIGINAL

MENDIOLA_J.wdraw

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 23 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH T. MENDIOLA, ) <br> ) <br> Defendant, ) <br> ) <br> MARIANAS CABLE VISION, ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 91-00122 <br><br> **MOTION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |

On July 16, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishees. An Answer from the Garnishee was filed with

//
//
//
//
//
//

the Court on August 3, 2007 which stated that Defendant JOSEPH T. MENDIOLA was not in their employ and they were in no manner indebted to defendant. Plaintiff respectfully requests that the Court withdraw the Writ of Continuing Garnishment.

DATED this 23rd day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney