1  **MENDIOLA_J.wdraword**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL:  472-7332
6  FAX:  472-7215

7  Attorney's for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 91-00122
                                       )
12                  Plaintiff,         )
                                       )
13          v.                         )              **O R D E R**
                                       )
14  JOSEPH T. MENDIOLA,                )      Re: United States Motion to Withdraw
                                       )        Writ of Continuing Garnishment
15                  Defendant,         )
   _____)
16                                     )
   MARIANAS CABLE VISION,              )
17                                     )
                    Garnishee.         )
18  _____)

19

20      Based upon the Plaintiff's Motion to Withdraw Writ of Continuing Garnishment, the

21  Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing

22  Garnishment is hereby withdrawn.

23      **IT IS SO ORDERED**, this 23rd day of August, 2007.

24

25

26

27                                        **/s/ Frances M. Tydingco-Gatewood**
28                                             **Chief Judge**