ORIGINAL

1 MENDIOLA_J.taxgar

2 LEONARDO M. RAPADAS
United States Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 MIKEL W. SCHWAB
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam 96910
TEL: (671) 472-7332
7 FAX: (671) 472-7215

8 Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 1 3 2008 *P.D.*

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 91-00122 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** |
| JOSEPH T. MENDIOLA, ) | (Tax Year 2007 and Rebate) |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

WHEREAS Defendant, JOSEPH T. MENDIOLA, Social Security Number XXX-XX-9989, P.O. Box XXXXX, Yigo, Guam 96929, has requested that any income tax refund including tax year 2007 and the economic stimulus package rebate payable to Defendant from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, District Court of Guam for payment toward Defendant's restitution that is due and owing;

//
//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JOSEPH T. MENDIOLA, hereby jointly move the Court for an order of writ of garnishment on any income tax refund including tax year 2007 and the economic stimulus package rebate of Defendant, JOSEPH T. MENDIOLA.

Dated: 5/13/08

JOSEPH T. MENDIOLA
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/13/08

By: JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov