**MENDIOLA_J.TaxWrit**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 91-00122 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF GARNISHMENT** |
| ) | (Tax Year 2007 and Rebate) |
| JOSEPH T. MENDIOLA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
| AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant JOSEPH T. MENDIOLA's income tax refund including tax year 2007 and the economic stimulus package rebate ;

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2007 and the economic stimulus package rebate account of Defendant JOSEPH T. MENDIOLA, Social Security Number XXX-XX-9989, until further notice.

Checks should be made payable to:

**CLERK, DISTRICT COURT OF GUAM**

and mailed to:

District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 91-00122** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 20, 2008**