**MENDIOLA_J.TaxGarSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 91-00122 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| JOSEPH T. MENDIOLA, ) | (Tax Year 2007 and Rebate) |
| ) | |
| Defendants, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|   AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment** (Tax Year 2007 and Rebate) and **Writ of Garnishment** (Tax Year 2007 and Rebate) were sent to the defendant and garnishee by mail on May 27, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:  5/30/08          By:   /s/ Jessica F. Cruz
                              JESSICA F. CRUZ
                              Assistant U.S. Attorney
                              Jessica.F.Cruz@usdoj.gov
                              MIKEL W. SCHWAB
                              Assistant U.S. Attorney
                              mikel.schwab@usdoj.gov